ACCEPTED
12-15-00152-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
12/9/2015 4:39:03 PM
Pam Estes
CLERK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
12/9/2015 4:39:03 PM
PAM ESTES
Clerk

**ED C. JONES**
County Attorney

**GARY TAYLOR**
Assistant County Attorney

**CARY D. KIRBY**
Assistant County Attorney

**JAMES YAKOVSKY**
Assistant County Attorney

**JOHANNA CURRY**
Assistant County Attorney

**SAMANTHA JOHNSON**
Assistant County Attorney

**Telephone Number**
936-639-3929

**Fax Number**
936-639-3905

**HOT CHECK DIVISION**
Telephone Number
936-634-5005

**STEVE SIKES**
Investigator

**OFFICE OF THE COUNTY ATTORNEY**
ANGELINA COUNTY
Post Office Box 1845
Lufkin, Texas 75902-1845

December 9, 2015

Pam Estes, Clerk

Twelfth Court of Appeals

Re:  Case Number: 12-15-00152CR, Trial Court Case Number 15-0311

Style:  Barbara Brookshire Samford v. The State of Texas

Honorable Pam Estes:

This is to advise that I consent to the attorney for the T.L.L. Temple Foundation, Scott Shelton, sharing the time given to me for oral argument in behalf of the State.

Would you please make the court aware of this and let me know if there is anything further I need to do in regard to this matter.

Yours truly,

Ed C. Jones

Ed C. Jones

Cc:     Albert Charanza

Scott Skelton